**Exhibit A to the Complaint**

**Location:** San Francisco, CA  
**Total Works Infringed:** 27  
**IP Address:** 24.7.62.235  
**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | F058A6FF1E23261D8DEF41E92B8897C1E62EF4E2 | Blacked | 10/27/2017 06:50:34 | 10/22/2017 | 11/15/2017 | PA0002063627 |
| 2 | 05D9E9EB431AEF78D0BD2E16B66F558D4839A3BC | Tushy | 09/17/2017 17:48:47 | 08/09/2017 | 08/17/2017 | 15732986259 |
| 3 | 0F35B475E5AA4FFC774BBB038AEDBD8FF112F9E9 | Blacked | 09/23/2017 17:26:47 | 04/15/2017 | 06/15/2017 | PA0002037563 |
| 4 | 1487A26EAAAD70318258AB9F506506A8F293533A | Blacked | 08/30/2017 01:40:01 | 05/05/2017 | 06/15/2017 | PA0002037591 |
| 5 | 1C61ABC608F28FE0EB1B8115519CA139B67455B0 | Blacked | 09/08/2017 23:50:42 | 09/07/2017 | 09/14/2017 | PA0002052840 |
| 6 | 2F37046EC89B3AD7ED74C2940723618BFD1A4721 | Tushy | 09/12/2017 03:53:15 | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 7 | 2FE5A77075580DAA4C39306919575DCDAA4749C9 | Blacked | 08/11/2017 20:04:16 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 8 | 3637879FCB7A309DC4BA4B9F7C2D9FB1905E7544 | Tushy | 10/06/2017 04:33:01 | 09/28/2017 | 10/10/2017 | 15894022733 |
| 9 | 4621BB4A0025EC53A878119567D5F952DB339CE7 | Blacked | 08/11/2017 19:15:33 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 10 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/03/2017 04:06:31 | 10/02/2017 | 10/10/2017 | 15894022390 |
| 11 | 4EA9596029B20E6FA92497DC618C47D292CB806D | Blacked | 08/28/2017 01:36:06 | 07/09/2017 | 08/17/2017 | 15732782151 |
| 12 | 6437E6F43855D1C98B7B25546D39C5CF0E99962A | Blacked | 09/07/2017 11:22:43 | 09/02/2017 | 09/07/2017 | PA0002052847 |
| 13 | 771C669842BE814DA19F886EDF5E759B0EC4BF37 | Blacked | 08/11/2017 20:05:28 | 07/04/2017 | 07/06/2017 | 15584063685 |
| 14 | 78F5DACFBD414605C47BD190F5C421E65F70B396 | Tushy | 09/24/2017 05:09:28 | 07/10/2017 | 08/17/2017 | 15732782072 |
| 15 | 7AA9EE0B623B3876BDBBB4854D311BA014697009 | Blacked | 11/12/2017 10:07:28 | 11/11/2017 | 11/21/2017 | 16016503414 |
| 16 | 87E1EB78BA0C1020BF560F481EB765F2FB0FC8E5 | Blacked | 08/11/2017 20:04:13 | 06/04/2017 | 07/06/2017 | 15584691223 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 8F55C47AC0C8FED6F30E2C094965B3CF4749FA41 | Vixen | 08/31/2017 04:26:27 | 08/27/2017 | 09/07/2017 | PA0002052843 |
| 18 | 901129DA9629352ECBB99FF90FE06A5F749AF4DD | Blacked | 09/15/2017 05:00:37 | 09/12/2017 | 09/20/2017 | PA0002052846 |
| 19 | 9280249B10A44E38C995023927D8A3E84672F746 | Tushy | 09/24/2017 05:08:07 | 09/03/2017 | 09/10/2017 | PA0002052851 |
| 20 | A66737A2C0C052A322F7121CB249A59EEBB0E177 | Blacked | 08/11/2017 20:05:13 | 05/30/2017 | 06/22/2017 | PA0002039295 |
| 21 | B0FE13ECF5F84AEAC8C53B134AC336CFB843CF0D | Blacked | 10/29/2017 16:26:44 | 10/27/2017 | 11/15/2017 | 16016503839 |
| 22 | C496C2BFE4C6D994F43DC665F2CBEE16FE85777A | Tushy | 09/24/2017 05:10:02 | 06/05/2017 | 07/06/2017 | 15583057012 |
| 23 | CC4D89C30BD65D68546BCF62ACE381585BD879EF | Blacked | 09/24/2017 22:20:29 | 04/25/2017 | 06/15/2017 | PA0002037576 |
| 24 | D03BF7C43A2F989CD84F9B6037D4941B7C616ED0 | Blacked | 10/03/2017 04:10:29 | 06/14/2017 | 07/06/2017 | 15584064117 |
| 25 | D629C1BE08933BB60DF199F6F24E3812EA2C6C73 | Blacked | 10/20/2017 18:52:47 | 10/12/2017 | 10/22/2017 | PA0002058296 |
| 26 | E4BB4B0185636612E25A2955F474B4494789F63C | Blacked | 10/20/2017 18:49:53 | 10/07/2017 | 10/22/2017 | PA0002058300 |
| 27 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 09/23/2017 17:21:29 | 09/22/2017 | 10/02/2017 | PA0002057455 |