1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

STRIKE 3 HOLDINGS, LLC,

     Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
24.7.62.235,

     Defendant.

Case Number: 4:18-cv-00079-KAW

Honorable Kandis A. Westmore

**[PROPOSED] ORDER ON PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR**
**ADJOURNMENT OF THE INITIAL**
**CASE MANAGEMENT CONFERENCE**

   THIS CAUSE came before the Court upon Plaintiff's *Ex-Parte* application for an Order adjourning the Initial Case Management Conference currently scheduled for April 10, 2018, and the Court, finding good cause, does hereby order as follows:

   ORDER:  Plaintiff's application is granted.  The Initial Case Management Conference scheduled for April 10, 2018 is ~~adjourned sine die.~~ continued  to September 18, 2018.

   SO ORDERED this __5th__ day of _____April_____, 2018.


By: _____
United States Magistrate Judge
Honorable Kandis A. Westmore

1