**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

STRIKE 3 HOLDINGS, LLC,

Plaintiff,

vs.

JOHN DOE subscriber assigned IP address
24.7.62.235,

Defendant.

Case Number: 4:18-cv-00079-KAW

Honorable Kandis A. Westmore

**[PROPOSED]** **ORDER ON PLAINTIFF'S**
***EX-PARTE* APPLICATION FOR**
**EXTENSION OF TIME WITHIN WHICH**
**TO EFFECTUATE SERVICE ON JOHN**
**DOE DEFENDANT**

THIS CAUSE came before the Court upon Plaintiff's e*x-parte* application for entry of

an Order extending the time within which to effectuate service on John Doe Defendant with a

summons and Complaint, and the Court being duly advised in the premises does hereby:

ORDER AND ADJUDGE:  Plaintiff's application is granted.  Plaintiff shall have until

July 30, 2018 to effectuate service of a summons and Complaint on Defendant.

SO ORDERED this  5th  day of _____April_____, 2018.

By: _Kandis Westmore_____
United States Magistrate Judge
Honorable Kandis A. Westmore